Michael G. Gouveia, BAR NO. 176497
LAW OFFICES OF MICHAEL G. GOUVEIA
6690 Alessandro Blvd., Suite D
Riverside, CA 92506
Telephone: (951) 780-1972

Attorney of Record

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>AGUIRRE, Edward and<br>AGUIRRE, Debra<br>       Debtors | Case No: RS07-10571MJ<br><br>Chapter 13<br><br>OPPOSITION TO MOTION<br>TO DISMISS<br><br>DATE: August 1, 2011<br>TIME: 1:30 p.m.<br>Courtroom: 301<br>Floor: 3 rd<br>3420 Twelfth Street<br>Riverside, CA 92501 |

COMES NOW Debtors, AGUIRRE, and in Their OPPOSITION to the Trustee's MOTION TO DISMISS, states that they will be current with their Chapter 13 Plan on or before the date of the hearing. The next payment is due August 5, 2011.

WHEREFORE, Debtors prays, this Court deny the Trustee's Motion to Dismiss.

Dated: July 14, 2011

Michael G. Gouveia
LAW OFFICE OF MICHAEL G. GOUVEIA
Attorney of Record

1

Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

EDWARD J AGUIRRE
DEBRA A AGUIRRE

Debtor(s).

Case No.: 6:07-bk-10571-MJ

NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (DELINQUENCY)

PLEASE TAKE NOTICE that the trustee herein moves for an order dismissing this proceeding and or after 7/19/2011 unless the debtor(s) cure the default by paying the delinquency, which based on the review of the records of the Trustee, amounts to $830.00. In addition, debtor(s) must pay any subsequent plan payment that comes due after the date of this notice. This motion is based on the following grounds: Material default by the debtor(s) with respect to the term of the confirmed plan by failing to make payments according to the plan (11 U.S.C. 1307(c)(6)). **Delinquent plan payments must be mailed to: PO Box 92997, Los Angeles, CA 90009.**

This motion may be granted without a hearing pursuant to local Bankruptcy Rule 9013-1(o)(1). Any party in interest who wishes to oppose the motion **must obtain a hearing date** from the clerk of the Court for the Riverside Division and must file and serve opposition papers **and notice of hearing** on the Trustee within fourteen (14) days of the date of service hereof. Failure to comply with these provisions will result in the dismissal of the case.

I declare under penalty of perjury that I am the duly appointed qualified and acting Chapter 13 Trustee and that the foregoing is true and correct. Executed at Riverside, California on 7/5/2011.

_____
Rod Danielson, Chapter 13 Trustee

MICHAEL G GOUVEIA
6690 ALESSANDRO BLVD
STE A
RIVERSIDE, CA 92506

FG:162

STATE OF CALIFORNIA

COUNTY OF Riverside

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States, and a resident of the County aforesaid. I am over 18 years old and not a party to the within entitled action. My business address is 6690 Alessandro Blvd., Suite "A", Riverside, California. On July 14, 2011, I served the within

**Opposition to Trustee Motion to Dismiss**

on the persons interested in said action by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Riverside, California, addressed as follows:

Rod Danielson, Esq.
Chapter 13 Trustee
4361 Latham Street, #270
Riverside, CA  92501


Debtor

Mr. and Mrs. Aguirre
1049 Autumnwood lane
Perris, CA 92571


I certify under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on July 14, 2011.

_____
Michael G. Gouveia

2

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael G. Gouveia<br>Law Office of Michael G. Gouveia<br>6690 Alessandro Blvd., Suite "A"<br>Riverside, CA 92506<br>(951) 780-1972 Fax: (951) 780-1133<br>176497<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Edward J. Aguirre<br>Debra A. Aguirre<br>Debtor(s). | CASE NO.: RS07-10571 MJ<br>CHAPTER: **13**<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other:  **Opposition to Motion to Dismiss**    Date Filed: **7-14-11**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date
*Signature of Signing Party*
**Edward J. Aguirre**
*Printed Name of Signing Party*

_____    Date
*Signature of Joint Debtor*
**Debra A. Aguirre**
*Printed Name of Joint Debtor*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_[signature]_____    7-14-11
*Signature of Attorney for Signing Party*    Date
**Michael G. Gouveia 176497**
*Printed Name of Attorney for Signing Party*